**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Edward Devon JOHNSON, Jr., Defendant–Appellant.**

No. 07–12488

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Feb. 25, 2008.

E. Brian Lang, E. Brian Lang and Assoc., Pensacola, FL, for Defendant–Appellant.

882

Thomas P. Swaim, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before TJOFLAT, BIRCH and DUBINA, Circuit Judges.

PER CURIAM.

E. Brian Lang, appointed counsel for Edward Devon Johnson, Jr., has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent review of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,** and Johnson's conviction and sentence are **AFFIRMED.**